# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0088. IN THE INTEREST OF: A. S. O., A CHILD (FATHER).**

On August 14, 2013, the juvenile court terminated the father's parental rights to A. S. O., his minor child. The father filed this pro se application for discretionary appeal on October 10, 2013. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6- 35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Here, the father filed his application 57 days after the juvenile court issued the order terminating his parental rights. We lack jurisdiction to consider an untimely application for discretionary appeal. See *Hill*, supra. Accordingly, this untimely application for appeal is *DISMISSED* for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/31/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*